1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | Case No. SA CV 19-01195-AB (JDEx) |

11

Michael P. Smith,

Plaintiff,

ORDER DISMISSING CIVIL ACTION

v.

The Judge Law Firm, ALC et al.,

Defendants.

       THE COURT having been advised by counsel that the above-entitled action has been settled;

       IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 1, 2019

     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE